# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. THOMAS,<br>    Plaintiff<br><br>         v.<br><br>PLANET FITNESS,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:10-cv-30124 -MAP<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

**[ ]   Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]   Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: July 20, 2010            /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
    [jgm.]